UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:
Eva Marie Beatty				BANKRUPTCY NUMBER: 14-07941-JMC7
Debtor

**MOTION TO CONVERT CHAPTER 7 PETITION TO CHAPTER 13**

Comes now the Debtor, by counsel, and respectfully moves the Court for an Order converting the Debtor's petition to a Chapter 13 proceeding, and in support thereof states:

1. That on August 25, 2014, the Debtor filed a petition under case number 14-07941-JMC7, seeking relief pursuant to Chapter 7 of Title 11 of the United States Code.

2. That the debtor has determined it is in her best interest to propose a plan under Chapter 13 for confirmation.

3. This Motion is not meant to delay, hinder, or in any manner harm the rights of the Debtor's creditors.

4. This Motion is made pursuant to Section 706(a) of the Bankruptcy Code.

WHEREFORE, the Debtor prays that this Court issue an Order converting to a case under Chapter 13 of Title 11 of the United States Code, and for all other just and proper relief.

/s/ Christopher H. Belch
7210 Madison Ave., Suite B
Indianapolis, IN  46227
Phone: 317-888-0006
Fax 317-888-8282
chris@lynchandbelch.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and exact copy of the foregoing has been served upon parties of record by email or depositing same in the United States Mail, First Class, postage prepaid, this 9th day of October 2014:

Christopher Henry Belch    erin@lynchandbelch.com, landbbk@gmail.com;indiana.filing@gmail.com
Deborah J. Caruso    trustee@daleeke.com, DJC@trustesolutions.net
U.S. Trustee    ustpregion10.in.ecf@usdoj.gov

American General Financial/Springleaf Fi
Springleaf Financial/Attn: Bankruptcy De
Po Box 3251
Evansville, IN 47731

Atlas Acquisitions LLC
294 Union St.
Hackensack, NJ 07601

Bank of America
Attn: Correspondence Unit/CA6-919-02-41
Po Box 5170
Simi Valley, CA 93062

Citibank Sd, Na
Attn: Centralized Bankruptcy
Po Box 20363
Kansas City, MO 64195

Community Health Network
9500 Reliable Pkwy
Chicago, IL 60686

Community Health Network
7163 Solution Center
Chicago, IL 60677

Gecrb/hh Gregg
Po Box 981439
El Paso, TX 79998

GECRB/JC Penny
Attention: Bankruptcy
Po Box 103104
Roswell, GA 30076

Gecrb/Lowes
Attn: Bankruptcy
Po Box 103104
Roswell, GA 30076

Gecrb/walmart
Po Box 965024
Orlando, FL 32896

Gla Collection Co Inc
2630 Gleeson Ln
Louisville, KY 40299

Gmac Mortgage
3451 Hammond Ave
Waterloo, IA 50704

Hsbc/bstby
Po Box 30253
Salt Lake City, UT 84130

Imc Credit Services
6955 Hillsdale Ct
Indianapolis, IN 46250

IRS
PO Box 7346
Philadelphia, PA 19101

Keybank NA
Key Bank; Attention: Recovery Payment Pr
4910 Tiedeman Road (Routing Code: 08-
01-
Brooklyn, OH 44144

Mayfield Medical & Rehab Ctr
2512 E Stop 11 Rd
Indianapolis, IN 46227

Med Shield
2424 E 55th St
Indianapolis, IN 46220

Midland Funding
8875 Aero Dr
San Diego, CA 92123

Mor Equity
NationStar Mortgage/Attn: Bankruptcy Dep
350 Highland Drive
Lewisville, TX 75067

Nationstar Mortgage LLC
Attn: Bankruptcy
350 Highland Dr
Lewisville, TX 75067

Ncep Llc
3715 Davinci Ct Ste 200
Norcross, GA 30092

New Abs Diet Women Book/Dvd
c/o Bureau of Account Management
PO Box 8875
Camp Hill, PA 17001

Radiology Assoc of Indianapolis
c/o GLA Company Inc
PO Box 7728 Dept #002
Louisville, KY 40257

Radiology Associates of Indianapolis
533 E County Line Rd #210
Greenwood, IN 46143

Sams Club / GEMB
Attention: Bankruptcy Department
Po Box 103104
Roswell, GA 30076

Santander Bank Na
865 Brook St
Rocky Hill, CT 06067

Sears/cbna
Po Box 6283
Sioux Falls, SD 57117

SN Servicing
323 5th St
Eureka, CA 95501

Tidewater Credit Servi
6520 Indian River Rd
Virginia Beach, VA 23464

U.S. Attorney's Office
10 W Market St Ste 2100
Indianapolis IN 46204-3048

/s/ Christopher H. Belch
7210 Madison Ave., Suite B
Indianapolis, IN  46227
Phone: 317-888-0006
Fax 317-888-8282
chris@lynchandbelch.com